993 A.2d 1211

IN THE MATTER OF HERBERT J.
TAN, AN ATTORNEY AT LAW.

March 24, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–270 and DRB 09–271, concluding that **HERBERT J. TAN** of **NEWARK,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(c) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions about the representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **HERBERT J. TAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.